Amy M. Samberg (#013874)
Amy L. Stein (#026113)
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
One Renaissance Tower
Two North Central Avenue, Suite 1800
Phoenix, Arizona 85004
Telephone:  (602) 777-6230
Facsimile:  (312) 863-5099
E-Mail: asamberg@fgppr.com
         astein@fgppr.com
Attorneys for Defendant Liberty Mutual Fire Insurance Company (erroneously sued as Liberty Mutual Group, Inc.)

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| American Property-Management Corporation d/b/a Esplendor Resort at Rio Rico,<br><br>Plaintiff,<br><br>v.<br><br>Liberty Mutual Group, Inc.,<br><br>Defendant. | Case No.:  CV17-620-TUC-BPV<br><br>**STIPULATION TO DISMISS PLAINTIFFS' COMPLAINT WITH PREJUDICE** |

Plaintiff American Property-Management Corporation d/b/a Esplendor Resort at Rio Rico and Defendant Liberty Mutual Fire Insurance, by and through undersigned counsel, hereby stipulate to dismiss with prejudice Plaintiff's complaint, in its entirety, the parties to bear their own costs and attorneys' fees.

. . .

. . .

. . .

DATED this 6th day of September, 2018

          FORAN GLENNON PALANDECH
          PONZI & RUDLOFF PC


By: s/ *Amy M. Samberg*
    Amy M. Samberg
    Amy L. Stein
    One Renaissance Tower
    Two North Central Avenue, Suite 1800
    Phoenix, Arizona 85004
    Attorneys for Defendant Liberty Mutual Fire Insurance Company (erroneously sued as Liberty Mutual Group, Inc.)


LAW OFFICES OF ROBERT D. RYAN, PLC


By: *s/ Robert D. Ryan with permission.*
    Robert D. Ryan
    343 W. Roosevelt Street, Suite 220
    Phoenix, AZ 85003
    Attorneys for Plaintiff

ROBLES RAEL & ANAYA, PC


By: *s/ Marcus J. Rael, Jr. with permission.*
    Marcus J. Rael, Jr. (Pro Hac Vice)
    500 Marquette NW, Suite 700
    Albuquerque NM 87102
    marcus@roblesreal.com
    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants below:

/s/    *Brenda Uran*