# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| American Property Management Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> Liberty Mutual Group Incorporated, <br><br> Defendant. | No. CIV 17-620-TUC-CKJ (BPV) <br><br> **ORDER** |

Pursuant to the Stipulation of the parties (Doc. 47) and good cause appearing therefore,

IT IS HEREBY ORDERED dismissing the above captioned matter with prejudice, each party to bear their own costs and attorneys' fees.

DATED this 14th day of September, 2018.

_____
Cindy K. Jorgenson
United States District Judge